**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00823-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

SAMMY LEROY MCMURRAY,

    Plaintiff,

v.

PAUL E. WALSKY, NEUROLOGIST PHYSICIAN,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Sammy Leroy McMurray is incarcerated in the custody of the New Mexico Behavioral Health Institute in Las Vegas, New Mexico. On April 11, 2016, he submitted *pro se* documents including a Prisoner Complaint which, construed liberally, alleges medical malpractice and a violation of the Fifth and Eighth Amendments to the U.S. Constitution during a hospital admission in 1989. (ECF No. 1). Plaintiff also filed two Prisoner's Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915. (ECF Nos. 2, 3).

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) X is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement must be certified by the warden or other appropriate officer of the institution in which you are confined)
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) X is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____.

**Complaint, Petition, or Application**:
(11) ___ is not submitted
(12) ___ is not on proper form
(13) X is missing an original signature by the prisoner
(14) X is missing page nos. (the Prisoner Complaint does not contain the required sections of Previous Lawsuits or Administrative Relief)
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) X other: Section B regarding Jurisdiction in the Prisoner Complaint is not filled out

The court is aware that Plaintiff is subject to the filing restrictions set forth in 28 U.S.C. § 1915(g). Plaintiff has filed more than three actions in a court of the United States while he was incarcerated or detained in any facility that were dismissed as frivolous or for failure to state a claim upon which relief may be granted. *McMurray v. Galloway*, Case No. 1:15-cv-00723-MV-WPL, Order of Dismissal, ECF No. 3 (D.N.M. Sept. 3, 2015).[1] The District of New Mexico explained:

> Plaintiff has filed numerous civil actions in this Court, all of which were filed while Plaintiff was incarcerated, and most were dismissed as frivolous

---

[1] The Court may take judicial notice of its own records and files that are part of the Court's public records.  *See St. Louis Baptist Temple, Inc. v. Fed. Deposit Ins. Corp.*, 605 F.2d 1169, 1172 (10th Cir. 1979).

or for failure to state a claim. The list of Plaintiff's dismissed actions includes *McMurray v. Smith*, No. CV 08-0408 MCA/LFG (Doc. 9); *McMurray v. Gillespie*, No. CV 08-1064 MV/CEG (Doc. 13), and *McMurray v. Chaltry*, No. CV 10-0321 MCA/LAM (Doc. 7).

*Id.* at 1.

In light of the above-listed deficiencies, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 13, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge

3